UNITED STATES BANKRUPTCY COURT
SOUTHER DISTRICT OF ALABAMA

In Re:  
Ryan Everett Gates  
    Debtor

Case No. 22-11444-HAC-13

## **NOTICE OF DISCONTINUATION OF PLAN PAYMENT ON SECURED CLAIM**

    Christopher Conte, as Chapter 13 Trustee for the Southern District of Alabama, hereby gives notice of the discontinuation of plan payments on the following secured claim(s):

    Trustee Claim #2, ECF Claim #17 filed by Quantum3 Group LLC as agent for Aqua Finance Inc

    The automatic stay has terminated as to collateral securing this claim. Pursuant to Local Administrative Order 2023-2, payments on the secured claim are discontinued unless and until the creditor files an amended claim for deficiency after disposition of the collateral.

Dated: November 01, 2023

/s/ Christopher Conte  
Christopher Conte  
Chapter 13 Trustee  
P. O. Box 1884  
Mobile, AL 36633

# CERTIFICATE OF SERVICE
## VIA NOTICE OF ELECTRONIC FILING OR U.S. MAIL OR CERTIFIED MAIL

**By Electronic Notification:**
Stephen L. Klimjack LLC
1252 Dauphin St
Mobile, AL  36604

**By First Class Mail:**
Ryan Everett Gates
50 Michael Dr. W
Jackson, AL  36545

Quantum3 Group LLC as agent for Aqua Finance Inc
P. O. Box 2489
Kirkland, WA  98083-2489

Quantum3 Group LLC, Agent for
P. O. Box 788
Aqua Finance Inc
Kirkland, WA  98083-0788

Registered Agent:
Registered Agent: Corporation Service Company Inc
Aqua Finance Inc
641 South Lawrence Street
Montgomery, AL  36104

By Certified Mail
Registered Agent: Erik Nielsen
Quantum3 Group LLC
12006 98th Ave NE Ste 200
Kirkland, WA  98034

Dated:   November 01, 2023          /s/  Christopher Conte
                                    _____
                                    Christopher Conte
                                    Chapter 13 Trustee
                                    P. O. Box 1884
                                    Mobile, AL   36633