IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| In Re: | * |
| | * Chapter 13 |
| RYAN GATES, | * Case Number: 22-11444- HAC |
| | * |
| Debtor. | * |
| | * |

## MOTION TO AMEND PLAN POST-CONFIRMATION

NOW COME Debtor, by and through counsel, and hereby files this Motion to Amend Plan Post-Confirmation by surrendering camper and reducing the plan payment for the remaining term of the plan, and in support thereof state as follows:

1. The Debtor filed this bankruptcy petition on July 19, 2022.

2. A confirmation order was entered on April 14, 2023, with payments in the amount of $4,132.00 per month for 9 months and then $4,318.00 for 51 months with unsecured claims to be paid at 100.00% pro rata.

3. An Amended Confirmation Order was entered on October 26,2023 surrendering the a 2016 Keystone Camper Pull Behind camper in full satisfaction of the debt with unsecured claims to be paid at 100.00% pro rata.

4. Debts can no longer afford to maintain the 2018 Jeep Cherokee Sterling Edition and maintain his household.

5. Debtor proposes to amend his Chapter 13 Plan post-confirmation to surrender 2018 Jeep Cherokee Sterling Edition to Pen Air Federal Credit Union in full satisfaction of the claim.

7. After the surrender of the 2018 Jeep Cherokee Sterling Edition, Debtor requests that the plan payment be reduced to $2,770.00 per month for the remaining term of the plan with no change in distribution to unsecured claims.8. Debtor requests a hearing on the matter.

WHEREFORE, the premises considered, Debtor requests that this Court modify his Chapter 13 Plan to surrender the 2018 Jeep Cherokee Sterling Edition and reduce the plan payment to $2,770.00 per month for the remaining term of the plan, and for any other and different relief this Court deems appropriate.

Respectfully submitted,

/s/ Stephen L Klimjack
STEPHEN L. KLIMJACK (KLIMS7892)
Stephen L. Klimjack, LLC
1252 Dauphin Street
Mobile, AL 36604-2520
(251) 694-0600
(251) 694-0611 fax
pleadings@klimjack.com

## CERTIFICATE OF SERVICE

I do hereby certify that on this the September 10, 2024 a copy of the foregoing document was served on the Trustee, Christopher Conte, by the U.S. Bankruptcy Court Electronic Filing System (ECF) and to the following creditors via U.S. Mail

Pen Air Federal Credit Union
1495 E. Nine Mile Road
Pensacola, FL 32514

/s/ Stephen L Klimjack
STEPHEN L. KLIMJACK