Ryan Everett Gates            Case No. 22-11444-HAC-13

## ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN AND APPROVING MODIFIED PLAN

This matter is before the court on a motion to modify filed by debtor(s), the trustee, or an unsecured creditor pursuant to 11 U.S.C. § 1329. This court has jurisdiction to hear this matter pursuant to 28 U.S.C. § 1334(b) and § 157(a) and (b)(2)(A) and (L). Venue is appropriate as contemplated by 28 U.S.C. § 1408. Appropriate notice was given.

The following is a summary of final plan terms pursuant to the proposed modifications and as calculated by the chapter 13 trustee. Except as modified below, the provisions of the plan as originally filed using this district's model plan form remain in effect and are incorporated herein.

1. Refer to the plan for complete language for Section 1.

2. **PAYMENTS AND LENGTH OF PLAN**

   The term of the plan is 60 months. The confirmed plan as modified requires payment to the trustee as follows for the remaining term of the plan:

   $2770.00 per month

3. **PRE-CONFIRMATION ADEQUATE PROTECTION PAYMENTS TO SECURED CREDITORS**

   | CREDITOR | ECF # | STATUS | COLLATERAL DESCRIPTION | MONTHLY PYMT. |
   |---|---|---|---|---|
   | Quantum3 Group LLC as agent for Aqua Finance Inc | 17 | Surrendered in full | 2016 Keystone Outback Camper Pull Behind | $490.00 |
   | Bay Credit Union | 3 | | 2017 Toyota Tacoma TRD 4x4 Sport | $300.00 |
   | Pen Air Federal Credit Union | 14 | Surrendered in full | 2018 Jeep Cherokee Sterling Edition | $300.00 |
   | Pen Air Federal Credit Union | 12 | | 2013 Toyota Tacoma | $170.00 |

4. **POST-CONFIRMATION ALTERNATE MONTHLY PAYMENTS TO SECURED CREDITORS**

   | CREDITOR | ECF # | STATUS | COLLATERAL DESCRIPTION | MONTHLY PYMT. |
   |---|---|---|---|---|
   | Quantum3 Group LLC as agent for Aqua Finance Inc | 17 | Surrendered in full | 2016 Keystone Outback Camper Pull Behind | $300.00 |
   | Bay Credit Union | 3 | | 2017 Toyota Tacoma TRD 4x4 Sport | $300.00 |
   | Pen Air Federal Credit Union | 14 | Surrendered in full | 2018 Jeep Cherokee Sterling Edition | $300.00 |
   | Pen Air Federal Credit Union | 12 | | 2013 Toyota Tacoma | $170.00 |

5. **ATTORNEY'S FEE FOR DEBTOR'S BANKRUPTCY COUNSEL**

   | DEBTOR'S COUNSEL | FEE TO BE PAID THROUGH PLAN |
   |---|---|
   | Stephen L. Klimjack LLC | $4,000.00 |

6. **DOMESTIC SUPPORT OBLIGATIONS**

   | CREDITOR | ECF # | STATUS | TOTAL CLAIM | CLAIMANT | ALTERNATE MONTHLY PAYMENT | PREFERENCE PAYMENT |
   |---|---|---|---|---|---|---|

## 7. TREATMENT OF SECURED CLAIMS

### 7.1 Request for valuation of secured claims, payment of secured claims, and modification of undersecured claims

| CREDITOR | ECF # | STATUS | SECURED CLAIM | COLLATERAL DESCRIPTION | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|---|---|
| Quantum3 Group LLC as agent for Aqua Finance Inc | 17 | Surrendered in full | $46,668.80 | 2016 Keystone Outback Camper Pull Behind | 0.00 % | $995.00 |
| Bay Credit Union | 3 | | $33,881.98 | 2017 Toyota Tacoma TRD 4x4 Sport | 4.04 % | $695.00 |
| Pen Air Federal Credit Union | 14 | Surrendered in full | $32,437.00 | 2018 Jeep Cherokee Sterling Edition | 6.00 % | $690.00 |
| Pen Air Federal Credit Union | 12 | | $17,375.00 | 2013 Toyota Tacoma | 6.00 % | $380.00 |

**PRO RATA CREDITORS**

| CREDITOR | ECF# | STATUS | SECURED VALUE | COLLATERAL DESCRIPTION |
|---|---|---|---|---|

### 7.2 Secured claims excluded from valuation under Bankruptcy Code § 506

| CREDITOR | ECF # | STATUS | SECURED CLAIM | COLLATERAL DESCRIPTION | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|---|---|
| | | | | | % | $0.00 |

### 7.3 Curing defaults and maintaining direct payments on long-term debt

**CLAIMS PAID DIRECT**

| CREDITOR | ECF # | STATUS | COLLATERAL DESCRIPTION | DIRECT PMT |
|---|---|---|---|---|
| | | | | $0.00 |

**ARREARAGE CLAIMS**

| CREDITOR | ECF # | STATUS | COLLATERAL DESCRIPTION | ARREARAGE |
|---|---|---|---|---|

## 8. PRIORITY CLAIMS (EXCLUDING DOMESTIC SUPPORT OBLIGATIONS)

| CREDITOR | ECF # | STATUS | TYPE OF PRIORITY | CLAIM/SCHEDULED AMOUNT |
|---|---|---|---|---|
| Internal Revenue Service | 6 | | Taxes and certain other debts | $9,908.62 |
| State of Alabama, Dept of Revenue | 21 | Disallowed - Stop Disb | Taxes and certain other debts | $5,000.00 |

## 9. NONPRIORITY UNSECURED CLAIMS

All allowed nonpriority, unsecured claims to be paid 100.00% of the original claim amount or the amount paid if such amount exceeds the modified distribution contemplated herein.

## 10. SURRENDERED PROPERTY (AUTOMATIC STAY IS TERMINATED)

| CREDITOR | ECF # | STATUS | COLLATERAL DESCRIPTION |
|---|---|---|---|
| Quantum3 Group LLC as agent for Aqua Finance Inc | 17 | Surrendered in full | 2016 Keystone Outback Camper Pull Behind |
| Pen Air Federal Credit Union | 14 | Surrendered in full | 2018 Jeep Cherokee Sterling Edition |

## 11. EXECUTORY CONTRACTS, INCLUDING UNEXPIRED LEASES OF REAL OR PERSONAL PROPERTY

| CREDITOR | ECF # | STATUS | PROPERTY DESCRIPTION | REJECT/ASSUME |
|---|---|---|---|---|

| ARREARAGE CLAIMS | | | |
|---|---|---|---|
| CREDITOR | ECF # | PROPERTY DESCRIPTION | MO PMT |

12. **OTHER PLAN PROVISIONS**
    Refer to plan for complete language.

13. **NONSTANDARD PLAN PROVISIONS**

    The debt to 1st Franklin will be paid as unsecured claim instead of secured in accordance with Proof of Claim #5 filed by Creditor and any claimed lien shall be extinguished.

    The court finds that the plan as modified satisfies the requirements of 11 U.S.C. § 1325. It is thus ORDERED that the motion to modify is granted, and the modified plan is approved on the terms summarized above.

Date: 10/16/2024                                           /s/HENRY A. CALLAWAY
                                                                                             U.S. BANKRUPTCY JUDGE

ORDER PREPARED BY:
Chapter 13 Trustee's Office
Order Motion to Modify Confirmed Plan RPT409